██ ONE WEST BANK, FSB, Respondent, v DONNA VANDER-HORST, Also Known as DONNA M. VANDERHORST and Others, Appellant, et al., Defendants. [16 NYS3d 460]—In an action to foreclose a mortgage, the defendant Donna Vanderhorst, also known as Donna M. Vanderhorst, also known as Donna Rodriguez, also known as Donna M. Rodriguez, appeals, as limited by her brief, from so much of an order of the Supreme Court, Westchester County (Walker, J.), entered March 26, 2014, as granted those branches of the plaintiff's motion which were for summary judgment on the complaint insofar as asserted against her and an order of reference.

Ordered that the order is affirmed insofar as appealed from, with costs.

In opposition to the plaintiff's prima facie showing of entitlement to judgment as a matter of law, the appellant failed to raise a triable issue of fact. The appellant waived the issue of standing by failing to raise that issue in a pre-answer motion to dismiss the complaint, or in her answer (see *Deutsche Bank Natl. Trust Co. v Islar*, 122 AD3d 566 [2014]; *Robinson v Plaro Estates, Inc.*, 119 AD3d 542 [2014]).

The appellant's remaining contentions are without merit or not properly before this Court.

Accordingly, the Supreme Court properly granted that branch of the plaintiff's motion which was for summary judgment on the complaint insofar as asserted against the appellant and an order of reference. Leventhal, J.P., Miller, Hinds-Radix and Maltese, JJ., concur.